DECKER, Respondent, v. DUDLEY, Appellant. (City Court of New York, General Term. January 3, 1899.) Action by Daniel S. Decker against William Dudley. Lord, Day & Lord, for appellant. William King Hall, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

DENENFELD v. BAUMANN et al. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Bernard Denenfeld against Ludwig Baumann and others. No opinion. Motion to be allowed to take printed papers from file granted.

In re DIETZEL. (Supreme Court, Appellate Division, Second Department. December 14, 1898.) In the matter of Robert Dietzel. No opinion. In order to decide this motion, the court must be informed of the character of the appeal,—whether the proceedings originated in the supreme court, and the decision to be reviewed is that of a referee, who has determined all the issues; or whether the case comes up from the surrogate's court upon appeal from a decree of the surrogate confirming the referee's report. Counsel should submit a copy of the judgment, order, or decree appealed from, together with a copy of the notice of appeal.

DOLAN et al., Respondents, v. HENDRICKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Philip Dolan and another against John Hendricks. No opinion. Judgment of the county court affirmed, with costs.

DOLAN, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by James Dolan against James Mitchell. No opinion. Order affirmed, with $10 costs and disbursements.

DONOHOE v. MEEKER et al. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Philip Donohoe against James Meeker and others. No opinion. Motion to correct order denied. See 54 N. Y. Supp. 286.

DORNEY v. O'NEILL. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Henry B. Dorney against Hugh O'Neill. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 235.

DOUGLASS, Respondent, v. NORTHERN CENT. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Cora M. Douglass, as administratrix, etc., against the Northern Central Railway Company. No opinion. Case certified to the Third department.
FOLLETT and WARD, JJ., not acting.

DUFFY, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Edward A. Duffy against the mayor, aldermen, and commonalty of the city of New York. Louis Steckler, for appellant. Theodore Connoly (Terence Farley, on the brief), for respondent.

PER CURIAM. We think the defect in the street was sufficient in character and extent to require submission to the jury of the question whether the city had properly discharged its duty in the maintenance of the highway. The judgment and order should be reversed, and a new trial granted; costs to abide the event.

EASTERN BREWING CO., Appellant, v. SCHLEIFSTEIN, Respondent. (City Court of New York, General Term. January 18, 1899.) Action by the Eastern Brewing Company against Minnie Schleifstein. Leonard Bronner, for appellant. Louis J. Vorhaus and Joseph Fischer, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

In re EDGECOMBE ROAD. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Edgecombe road. No opinion. Motion denied.

EDMONDS et al., Respondents, v. EDMONDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Sarah A. Edmonds and others against William E. Edmonds, as administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

EGERER, Plaintiff, v. NEW YORK CENT. & H. R. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Frederika Egerer against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered.

EHRMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Leopold Ehrman, as administrator, etc., of Minnie Ehrman, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except GOODRICH, P. J., who dissents solely on the ground that the verdict is excessive. See 48 N. Y. Supp. 379.

EINSTEIN et al., Plaintiffs, v. SILVERSTONE et al., Defendants. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by David L. Einstein and others against Joseph Silverstone and others. No opinion. Motion to dismiss appeal granted, with $10 costs to respondents, to abide the event of the action.

ELTING, Respondent, v. DAYTON, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Cornelius W. H. Elting against Charles W. Dayton. Frederic J. Swift, for appellant. A. H. Van Buren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.